**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE WONDERFUL COMPANY LLC, a
Delaware limited liability company; and CAL
PURE PRODUCE INC., a California
Nonprofit Cooperative Association,

                Plaintiff,                        21 **CIVIL** 3960 (MKV)

      -against-                                 **JUDGMENT**

NUT CRAVINGS INC., a New York
Corporation; and DOES 1 through 10,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 26, 2023, Defendant's Motion to Dismiss is GRANTED with prejudice.

**Dated:**  New York, New York

      September 26, 2023

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court

                              **BY:**

                                                        **Deputy Clerk**