# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THE WONDERFUL COMPANY LLC and

CAL PURE PRODUCE INC.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:21 CV 03960 ( MKV )( )

-against-

**NOTICE OF APPEAL**

NUT CRAVINGS INC and DOES 1 THROUGH 10

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Plaintiffs The Wonderful Company LLC and Cal Pure Produce Inc.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☒ order entered on: September 26, 2023

(date that judgment or order was entered on docket)

that: dismissed Plaintiffs' Second Amended Complaint with prejudice.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

10/24/2023                                    /s/ Vivek Jayaram
Dated                                         Signature*

Jayaram, Vivek
Name (Last, First, MI)

54 W 21st St, Suite 801    New York    NY    10010
Address                    City        State  Zip Code

212-287-7944                                  vivek@jayaramlaw.com
Telephone Number                              E-mail Address (if available)

*Counsel for Plaintiffs The Wonderful Company LLC and Cal Pure Produce Inc.*

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13