UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
THE WONDERFUL COMPANY LLC,                          :
and CAL PURE PRODUCE INC.,                          :
                                                    :          21-CV-3960 (MKV) (RWL)
                              Plaintiffs,            :
                                                    :
            - against -                             :                  **ORDER**
                                                    :
NUT CRAVINGS INC.,                                  :
and DOES 1 through 10,                              :
                                                    :
                              Defendants.           :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the discovery conference held via Microsoft Teams on December 17, 2025, the parties shall meet and confer to reasonably resolve their fact discovery disputes for requests made during the fact discovery period that expired July 17, 2025.  The outstanding fact discovery shall be completed by **January 30, 2026**.

The Court expects that the parties will have resolved their differences by then, but if they have not, they may file a joint letter of no more than six pages (three pages, double-spaced) setting forth the disputed issues and their positions.  No new fact discovery requests may be served.  There shall be no additional expert discovery or reopening of expert discovery.

The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 71.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: December 17, 2025
       New York, New York

Copies transmitted this date to all counsel of record.